EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

USTA Technology, LLC
Plaintiff

v.

Civ. No. 4:25-cv-818-SDJ

Charter Communications, Inc. et al
Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Charter Comm., Inc., Charter Comm. Operating, LLC & Spectrum Gulf Coast, LLC

Date Party's answer was previously due: 8/21/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 10/6/2025

Date: 8/7/2025

/s/ Deron R. Dacus
Full Name: Deron R. Dacus
State Bar No.: 00790553
Address: 821 ESE Loop 323 suite 430
Tyler, TX 75701

Phone: 903-705-1117
Fax: 903-705-11117
Email: ddacus@dacusfirm.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)