UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| USTA TECHNOLOGY, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-818-SDJ |
| | § | |
| CHARTER COMMUNICATIONS, | § | |
| INC., ET AL. | § | |

# ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Under Seal. (Dkt. #27). Defendants seek leave to file their motion to dismiss, (Dkt. #28), and certain exhibits to that motion, under seal because those documents "contain information that is designated confidential." (Dkt. #27 at 1). Defendants' motion to seal does not address the legal standard governing motions to seal, as summarized in Section A of the Court's Standing Order on Motions to Seal in Civil Cases. *See* https://txed.uscourts.gov/?q=judge/judge-sean-jordan. Nor does it comply with the filing procedures outlined in Section B of the Standing Order. Thus, per the Standing Order, the Court will deny the motion to seal and strike the sealed documents.

It is therefore **ORDERED** that Defendants' Unopposed Motion for Leave to File Under Seal, (Dkt. #27), is **DENIED**.

It is further **ORDERED** that Defendants' Motion to Dismiss the First Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(3) and (12)(b)(6), (Dkt. #28), is **STRICKEN**.

**So ORDERED and SIGNED this 15th day of January, 2026.**

                                              SEAN D. JORDAN
                                              UNITED STATES DISTRICT JUDGE